IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CA NO.: 5:18-CV-219-D

| | | |
|---|---|---|
| LAURA PONTONES, on behalf of herself and all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | **ORDER** |
| SAN JOSE RESTAURANT, INC., et al.; | ) ) | |
| *Defendants.* | ) ) ) | |

The Court, having reviewed Defendants San Jose Restaurant, Inc., *et. al.* Motion to File under Seal, hereby grants the same. The Clerk is directed to accept the Attachment to the Motion, and file it under seal.

SO ORDERED, this ___1___ day of ~~June~~ August 2019.

_____
James C. Dever III
United States District Judge