IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CA NO.: 5:18-CV-219-D

| | |
|---|---|
| LAURA PONTONES, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| *Plaintiff,* | )<br>) |
| v. | )    **DEFENDANTS' MOTION FOR**<br>)        **SUMMARY JUDGMENT** |
| SAN JOSE RESTAURANT, INCORPORATED; et al., | )<br>)<br>) |
| *Defendants.* | )<br>) |

Pursuant to Rule 56, Fed, R. Civ. P., Defendants move for summary judgment on all claims of Plaintiffs. Defendants have set forth the grounds for this motion in the accompanying Memorandum in Support of Defendants' Motion for Summary Judgment. Defendants have filed Defendants' Statement of Material Facts along with their Appendix.

WHEREFORE, for good cause shown, Defendants move that all claims of Plaintiffs shall be dismissed with prejudice and that costs be assessed against Plaintiffs.

Respectfully submitted this 11th day of February 2020.

                                        */s/ J. Larry Stine*
                                        J. Larry Stine
                                        Wimberly, Lawson, Steckel,
                                           Schneider & Stine, P.C.
                                        Suite 400, Lenox Towers
                                        3400 Peachtree Road, N.E.
                                        Atlanta, Georgia 30326
                                        Phone: (404) 365-0900
                                        Fax: (404) 261-3707
                                        jls@wimlaw.com
                                        Georgia Bar No.: 682555

/s/ Henry W. Jones, Jr.
Henry W. Jones, Jr.
Jordan Price Wall Gray Jones
 & Carlton, PLLC
P.O. Box 10669
1951 Clark Avenue
Raleigh, North Carolina 27605
Telephone: (919) 828-2501
Fax: (919) 831-4484
hjones@jordanprice.com
North Carolina Bar No. 8343
*Local Civil Rule 83.1(d) Counsel for Defendants*

/s/ Lori P. Jones
Lori P. Jones
Jordan Price Wall Gray Jones
 & Carlton, PLLC
P.O. Box 10669
1951 Clark Avenue
Raleigh, North Carolina 27605
Telephone: (919) 828-2501
Fax: (919) 831-4484
ljones@jordanprice.com
North Carolina Bar No. 32872
*Local Civil Rule 83.1(d) Counsel for Defendants*

*Counsel for Defendants*