IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CV-219-D

| | |
|---|---|
| LAURA PONTONES, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) SAN JOSE RESTAURANT, ) INCORPORATED, et al., ) ) Defendants. ) | **ORDER** |

This case is before the court on the motion (D.E. 173) by defendants to excuse four defendants, Alberto Flores, Jose Perez, Pablo Mesa, and Vincente Perez, from attendance at the settlement conference via teleconference scheduled for 18 December 2020 (*see* D.E. 170). There being no opposition to the motion[1] and good cause having been shown, the motion is ALLOWED. Alberto Flores, Jose Perez, Pablo Mesa, and Vincente Perez are excused from attendance at the 18 December 2020 settlement conference, but shall be available by telephone during the entire settlement conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this 30th day of November 2020.

_____
James E. Gates
United States Magistrate Judge

---

[1] The motion states: "Counsel for Plaintiff has been consulted about this Motion and has advised that she will not oppose [it]." Mot. 2.