IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CA NO.: 5:18-CV-219-D

| | |
|---|---|
| LAURA PONTONES, on behalf of herself and all others similarly situated, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) ) |
| SAN JOSE RESTAURANT, INC., et al., | ) ) ) |
| *Defendants*. | ) ) ) |

**ORDER**

Defendants San Jose Restaurant Inc., et al., having come before me, and moved to seal and replace Exhibit B to Defendants' Reply to Plaintiff's Opposition to Motion to Strike and for Sanctions (Dkt. 151-2.), it is hereby

ORDERED, that Defendants' Motion be granted, and the attachment sealed and replaced with a properly redacted document.

This 17 day of January, 2021.

_____
Hon. James C. Dever, III
United States District Judge