IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LAURA PONTONES, on behalf of herself )
and all others similarly situated, )
)
    *Plaintiff,* )
)
v. )    Case No. 5:18-cv-219-D
)
SAN JOSE RESTAURANT, )
INCORPORATED, et. al; )
)
    *Defendants.* )
)

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SERVICE AWARDS

The above captioned matter came before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Service Awards ("Motion for Service Awards") (Dkt. 228). The Court has considered the pleadings and the record and rules that the Motion for Service Awards is Granted. The service awards to be paid from the Gross Settlement Fund are as follows:

(1) A Service Award to Named Plaintiff Laura Pontones is approved in the amount of $50,000.00

(2) A Service Award to Opt-In Plaintiff Angel Berber is approved in the amount of $30,000.00;

(3) A Service Award to Opt-In Plaintiff Jackie Bullard is approved in the amount of $20,000.00;

(4) A Service Award to Opt-In Plaintiff Vicente Urbina is approved in the amount of $30,000.00;

(5) A Service Award to Opt-In Plaintiff Tianya Locklear is approved in the amount of $20,000.00;

(6) A Service Award to Opt-In Plaintiff Imran Shafiq Khan is approved in the amount of $20,000.00;

(7) A Service Award to Opt-In Plaintiff Carolina San Augustin is approved in the amount of $1,000.00;

(8) A Service Award to Opt-In Plaintiff Oscar Torres is approved in the amount of $1,000.00;

(9) A Service Award to Opt-In Plaintiff Olivia Pineda is approved in the amount of $1,000.00;

(10) A Service Award to Opt-In Plaintiff Sandy Johnson is approved in the amount of $1,000.00; and

(11) A Service Award to Opt-In Plaintiff Kathi Johnson is approved in the amount of $1,000.00

SO ORDERED. This 29 day of March, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE