IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LAURA PONTONES, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SAN JOSE RESTAURANT, INCORPORATED, et. al;<br><br>*Defendants.* | Case No. 5:18-cv-219-D |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

The above captioned matter came before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Attorneys' Fees and Reimbursement of Costs and Expenses ("Unopposed Motion for Attorneys' Fees") (Dkt. 226). The Court has considered the representations of Plaintiff's Counsel, the pleadings, and the record, and rules as follows with respect to Plaintiff's Counsel's request for attorneys' fees and reimbursement of litigation costs and expenses:

(1) Plaintiff's Counsel are awarded attorneys' fees in the amount equal to one-third of the Maximum Gross Settlement Amount (i.e., $500,000.00); and

(2) Plaintiff's Counsel are awarded litigation costs and expenses in the amount of $20,000.00, to come from the Gross Settlement Amount.

SO ORDERED. This 29 day of March, 2022.

                                                        JAMES C. DEVER III
                                                        United States District Judge