IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LAURA PONTONES, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SAN JOSE RESTAURANT, INCORPORATED, et. al;<br><br>*Defendants.* | Case No. 5:18-cv-219-D |

# PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiff respectfully requests the Court enter an Order:

(1) Granting final approval of the Parties' Settlement Agreement of Class and Collective Action and Release of Claims (Dkt. 225-1), including the class action settlement pursuant to Fed. R. Civ. P.23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein; and

(2) Granting any other relief that the Court deems just and proper.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this August 15, 2022

                                      */s/ Gilda Adriana Hernandez*
                                      Gilda A. Hernandez (NCSB No. 36812)
                                      Charlotte C. Smith (NCSB No. 53616)
                                      **THE LAW OFFICES OF GILDA A.**

**HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: 919 741-8693
Fax: 919 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and thereby electronically served the document to the following:

Henry W. Jones, Jr.
Lori Peoples Jones
**JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC**
P. O. Box 10669
1951 Clark Ave.
Raleigh, NC 27604
919-828-2501
919-834-8447 (fax)
hjones@jordanprice.com
ljones@jordanprice.com

James Larry Stine
**WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C.**
3400 Peachtree Rd., NE
Suite 400, Lenox Towers
Atlanta, GA 30326
404-365-0900
404-261-3707 (fax)
jls@wimlaw.com

Albert J. Bolet (GA Bar No. 065785)
Hipolito M. Goico (GA Bar No. 299195)
**GOICO & BOLET, P.C.**
2021 North Druid Hills Road, N.E.
Suite 200
Brookhaven, GA 30329
404-320-3456
404-320-3026 (fax)
abolet@goicobolet.com
hbolet@goicobolet.com
*Attorneys for Defendants*

      */s/ Gilda Adriana Hernandez*
      Gilda A. Hernandez (NCSB No. 36812)
      Charlotte C. Smith (NCSB No. 53616)
      **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
      1020 Southhill Dr. Ste. 130

Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
csmith@gildahernandezlaw.com

*Attorneys for Plaintiff*